PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

2017 MAY 24  AM 11:58

UNITED STATES OF AMERICA

v.   } Crim. No. 4:16CR00389-1

Micah T.Q. Sims

On February 6, 2017, the above-named was placed on probation for a period of twelve months. He has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that Micah T.Q. Sims be discharged from supervision.

Respectfully submitted,

*Lisa K. Jacobs*
Lisa K. Jacobs
United States Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this **24th** day of May, 2017.

*M Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA